UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 12-07959-RGK (PLAx) | Date November 29, 2012 |
| Title Elaini Vance v. First American Solutions LLC et al | |

| | |
|---|---|
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
| Sharon L. Williams | N/A |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**        (IN CHAMBERS)  Order to Show Cause re Dismissal re Lack of Prosecution

   On November 5, 2012, an Order to Show Cause was issued, requiring a response by November 13, 2012 (DE 7).

   NOT LATER THAN December 5, 2012, plaintiff shall file a response to the Order to Show Cause.  Failure to file the response will subject the case to being dismissed for lack of prosecution.

   **IT IS SO ORDERED.**