JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINI VANCE, | Case No. CV 12-07959-RGK (PLAx) |
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| VS. | |
| FIRST AMERICAN SOLUTIONS LLC, et al. | |
| Defendant(s). | |

An Order to Show Cause was issued on November 5, 2012, requiring a response by November 13, 2012. No response was filed and the Court issued a second Order to Show Cause on November 29, 2012, requiring a response by December 5, 2012. As of this date, no response has been filed. The matter is therefore dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: DEC 1 2 2012

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE